ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LADINO VARGAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | CASE NO.  2:26-CV-00005 DJC-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RESETTING A BRIEFING SCHEDULE |

Petitioner and Respondent stipulate to the following:

1. On January 9, 2026, this Court issued an Order directing the appointing authority for the Eastern District of California to identify counsel within 7 days of the Order.  ECF 6.

2.  The Court further ordered that Petitioner file any reply by January 16, 2026.  *Id.*

3.  On January 16, 2026, the Court appointed Attorney Shari Rusk pro hac vice as CJA counsel for petitioner.  ECF 8.

4.  Petitioner's reply was also due on the same date as counsel's appointment, that is, January 16, 2026.

5.  Petitioner needs additional time to assess whether a reply is warranted and requests the Court allow Petitioner until February 27, 2026 to file any reply.

6. Respondent requests the Court allow the Respondent to file any response on or before March 6, 2026.

1

The parties so stipulate.

ERIC GRANT
United States Attorney

Dated: January 29, 2026

By ___/s/ Kimberly A. Sanchez_____
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated:  January 29, 2026

___/s/ Shari Rusk_____
SHARI RUSK
Attorney for Petitioner

**ORDER**

Having reviewed the parties' stipulation and requested Order, **IT IS SO ORDERED.**

Dated:  February 2, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2