SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Petitioner
OMAR LADINO VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LADINO VARGAS,<br><br>            Petitioner,<br><br>WARDEN OF CALIFORNIA CITY DETENTION FACILITY,<br><br>            Respondents. | CR.S. 2:26-CV-00005 DJC-EFB<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE |

Petitioner and Respondent stipulate to the following:

1. On January 9, 2026, this Court issued an Order directing the appointing authority for the Eastern District of California to identify counsel within 7 days of the Order. ECF 6.

2. The Court further ordered that Petitioner file any reply by January 16, 2026.

3. On January 16, 2026, the Court appointed Attorney Shari Rusk pro hac vice as CJA counsel for petitioner. ECF 8.

4. Petitioner's reply was also due on the same date as counsel's appointment, that is January 16, 2026.

1

5. Petitioner needed additional time to speak with counsel and provide documents needed for his reply. His reply brief was continued to February 27, 2026.

6. Petitioner has now provided a significant amount of material relevant to his reply. Petitioner is anticipating a ruling from a Columbian court on or about March 12, 2026, addressing the accuracy of the Interpol alert. Therefore Petitioner now request an additional two weeks so that he may attach that report to his reply.

7. Petitioner asks that his reply be due March 15, 2026.

8. Respondent's reply will be due March 23, 2026.

IT IS SO STIPULATED.

Dated: FEBRUARY 25, 2026

/s/ Shari Rusk
SHARI RUSK
Attorney for Petitioner
OMAR LADINO VARGAS

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

**ORDER**

It is so ordered.

Dated:  February 27, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2