UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ALEXANDER LADINO VARGAS,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 2:26-cv-0005-DJC-EFB (HC)<br><br>ORDER GRANTING PETITION |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Petitioner and Respondents have filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 21) are adopted in full;
2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED IN PART as follows:
    a. Respondents shall provide petitioner with a bond hearing within fourteen (14) days at which the Government shall bear the burden of showing that he is not a flight risk or a risk to community safety. If petitioner is not provided a bond hearing within fourteen (14) days, he be released from Respondents' custody.
    b. Petitioner's request for immediate release is DENIED.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE